**Electronically Filed
Supreme Court
SCWC-11-0000601
16-JAN-2015
09:45 AM**

SCWC-11-0000601

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL G. SHEEHAN,
Petitioner/Plaintiff-Appellant,

vs.

COUNTY OF KAUAʻI, COUNTY OF KAUAI PLANNING COMMISSION,
Respondent/Defendant-Appellee,

and

HUI HOʻOMALU I KAʻAINA,
Respondent/Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000601; CIV. NO. 10-1-0161)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on December 10, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 16, 2015.

| | |
|---|---|
| Richard E. Wilson<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| David J. Minkin and Troy J.H.<br>Andrade for respondents<br>County of Kauaʻi and County<br>of Kauaʻi Planning Commission | /s/ Sabrina S. McKenna<br><br>/s/ Richard W. Pollack |
| Harold Bronstein for<br>respondent Hui Hoʻomalu I<br>Kaʻaina | /s/ Michael D. Wilson |

